# **CERTIFICATION**

RE:    Michael Curtis Reynolds
       10671-023
       18-1031-DRH

I, _____, hereby certify that
        (Name and Title of Authorized Officer - please print)

Michael Curtis Reynolds currently has the sum of $_____ on account at FCI
Greenville..

                                            _____
                                            Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201